# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 539 |
| | : |
| DESIGNATION OF CHAIR AND | : CRIMINAL PROCEDURAL RULES DOCKET |
| VICE-CHAIR OF THE CRIMINAL | : |
| PROCEDURAL RULES COMMITTEE | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of November, 2022, the Honorable Stefanie J. Salavantis is hereby designated as Chair, and David R. Crowley, Esquire, is designated as Vice-Chair, of the Criminal Procedural Rules Committee, commencing March 1, 2023.